IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael C. Rose, ) | |
| ) | C/A No. 3:13-1585-TLW |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| City of Sumter Police Department; ) | |
| Det. Rick Morse; Heath Gardner, Are being Sued ) | |
| in their official and individual capacity as law ) | |
| enforcement officers for the City of Sumter, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, while a pretrial detainee at Sumter-Lee Regional Detention Center, filed a *pro se* complaint alleging constitutional violations under 42 U.S.C. § 1983. By order issued on June 17, 2013, the court allowed Plaintiff an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. ECF No. 7. Plaintiff did not receive the order because it was returned to the court as undeliverable mail and stamped "not here, unable to forward." Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint. Therefore, the case is dismissed, *without prejudice*, for lack of prosecution pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

August 12, 2013                                s/Terry L. Wooten
Columbia, South Carolina                  United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.